No. 03–7631. Mora-Garibay v. United States; Vasquez-De La Vega v. United States; and Aguilar-Juarez v. United States. C. A. 5th Cir. Certiorari denied. Reported below: 72

Fed. Appx. 234 (third judgment), 952 (second judgment), and 963 (first judgment).